Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Eugene Wise,<br><br>             Plaintiff,<br>     v.<br><br>Speedway Sonoma, LLC,<br><br>             Defendant. | Case No. 4:22-cv-05320-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff Michael Eugene Wise voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 25, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff